```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,     )
                              )
          v.                  ) Criminal No. 09-216
                              )
GUILLERMO GONZALEZ-SANDOVAL,  )
     Defendant.               )
```

ORDER

AND NOW, this 29th day of July, 2009, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered July 17, 2009, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Friday, August 7, 2009 at 2:30 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster          ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc:   Barbara K. Swartz,
      Assistant United States Attorney

      W. Penn Hackney,
      Assistant Federal Public Defender

      U.S. Marshal

      U.S. Pretrial Services

      U.S. Probation

      Ana Lahr,
      Intepreter

      Susan Metz,
      Clerk's Office